

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2019

No. 04-18-00278-CV

Susan **CAMMACK,**
Appellant

v.

**THE BANK OF NEW YORK MELLON** f/k/a The Bank of New York as Trustee for the
Certificate Holders of SWABS 2004-2005,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 17902C
Honorable Susan Harris, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Motion for Rehearing or En Banc Reconsideration is hereby GRANTED with no further extensions. Time is extended to June 24, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court